# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Willie J. Riley, | ) | C/A No.: 3:13-cv-01858-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Dennis Wayne Catoe | ) | |
| and Does, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pro se plaintiff Willie J. Riley ("Plaintiff") filed a complaint pursuant to 28 U.S.C. § 1915, which permits an indigent litigant to commence an action in federal court without prepaying the administrative costs of proceeding with the lawsuit. In his complaint, Plaintiff claims that he incurred losses during a five-year effort to clear the title to real property, including failure to obtain insurance coverage, vandalism to property, as well as emotional distress. As a result, he seeks monetary damages in excess of $75,000.

The Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation ("Report") wherein the Magistrate Judge suggests that Plaintiff's complaint should be summarily dismissed for lack of subject matter jurisdiction. The Report sets forth in detail the relevant facts and standards of law on this matter, and this court incorporates those facts and standards without a recitation.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(g) (D.S.C.). The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to object to the Report, which was entered on the docket on August 20, 2013. However, Plaintiff did not file objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this court finds that the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Thus, the Magistrate Judge properly concluded that this court does not have subject matter jurisdiction over Plaintiff's claims. Accordingly, this court adopts the Report and summarily dismisses Plaintiff's complaint without prejudice and without issuance and service of process.

IT IS SO ORDERED.

September 9, 2013                                          Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge